1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KINDRA DENEAU (State Bar No. 024156)
7135 East Camelback Rd., Suite 230
Scottsdale, Arizona 85251
Telephone:  (480) 306-5977
Facsimile:  (602) 626-3504
kdeneau@lemberglaw.com

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Jonette & Micah Coleman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonette & Micah Coleman,<br><br>Plaintiffs,<br><br>vs.<br><br>Thunderbird Collection Specialists, Inc.;<br>and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00614-FJM<br><br>**NOTICE OF DISMISSAL** |

**NOTICE OF DISMISSAL**

Jonette and Micah Coleman ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1

2

3    LEMBERG & ASSOCIATES, LLC

4
       /s/ Kindra Deneau
5    KINDRA DENEAU

6    Attorney for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, and

not a party to the above-entitled cause. On June 27, 2012, I served a true copy of

foregoing document(s): **NOTICE OF DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on June 27, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | Steve Kay, President<br>TCS, Inc.<br>3200 N. Hayden Road, Suite 100<br>Scottsdale, Arizona 85251<br>**Defendants Thunderbird Collection Specialists, Inc.** |

I am readily familiar with the firm's practice of collection and processing

correspondence for mailing. Under that practice it would be deposited with the U.S.

Postal Service on that same day with postage thereon fully prepaid in the ordinary

course of business. I am aware that on motion of the party served, service is presumed

invalid if postal cancellation date or postage meter date is more than one day after the

date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this

Court at whose direction the service was made.

1

Executed on June 27, 2012.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Joshua Markovits*
JOSHUA MARKOVITS
Paralegal to Kindra Deneau

4

2:12-cv-00614-FJM                                                                          NOTICE OF DISMISSAL